# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America  §
§ **CRIMINAL COMPLAINT**
vs. § CASE NUMBER: DR:19-M -06331(1)
§
(1) Pierre Antoine Vivil §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 24, 2019** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Pierre Antoine VIVIL, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through New Orleans, La on 11/10/2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Pierre Antoine VIVIL, was arrested by Border Patrol Agents, on June 24, 2019 for being an alien illegally present in the United States. Investigation and records of the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Crespo, Jonathan
BPA

07/03/2019                                    at   DEL RIO, Texas
File Date                                           City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE                      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:19-M -06331(1)

(1) Pierre Antoine Vivil

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 11/10/2016 through New Orleans, La. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____    _____
Signature of Judicial Officer                    Signature of Complainant